**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

*In re Subpoena to Anne Brous*

Misc No.   3:24-mc-25 (FJS/MJK)

Related to *Brous, et al., v. Eligo Energy, LLC, et al.*, No. 1:24-cv-1260-ER (S.D.N.Y.).

**ORAL ARGUMENT REQUESTED**

---

**NOTICE OF MOTION TO QUASH**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of D. Gregory Blankinship and the exhibits thereto, the undersigned hereby moves this Court on behalf of Non-Party Anne Brous, at the United States District Court for the Northern District of New York, Binghamton U.S. Courthouse, 15 Henry Street, Binghamton, New York 13901, for the following in the above-captioned action: (1) an Order quashing the subpoena propounded to Mrs. Brous, pursuant to Fed. R. Civ. P. 45(d)(3); and (2) such other and further relief as the Court deems just, necessary and proper.

Dated: October 28, 2024
       White Plains, NY

Respectfully submitted,

By:   */s/ D. Greg Blankinship*
      D. Greg Blankinship (NDNY Bar # 519819)
      **FINKELSTEIN, BLANKINSHIP,**
      **FREI-PEARSON & GARBER, LLP**
      One North Broadway, Suite 900
      White Plains, New York 10601
      Tel: (914) 298-3281
      Fax: (914) 824-1561

gblankinship@fbfglaw.com

*Counsel for Non-Party Anne Brous,*
*Plaintiffs Ira Brous and Michelle Schuster,*
*the Proposed Class*